AO 91 (Rev. 08/09)  Criminal Complaint

FILED by _____ D.C.

AUG 2 2 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| FREDDIE OCHEA CONTRERAS | ) Case No. 12- 8334-JmH |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 9, 2012 _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) & (b)(1) | Re-entry after Deportation |

This criminal complaint is based on these facts:

an alien, having previously been removed from the United States on or about on March 3, 2012, was found in the United States, knowingly and unlawfully, without the Attorney General or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202 (3), 202(4) and 557)  having expressly consented to such alien's reapplying for admission to the United States,

☑ Continued on the attached sheet.

_____
Complainant's signature

_____ Deportation Officer ANDY KORZEN, ICE _____
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ 08/22/2012 _____

_____
Judge's signature

City and state: _____ West Palm Beach, Florida _____

_____ Hon. JAMES M. HOPKINS _____
Printed name and title

## <u>UNITED STATES v. FREDDDIE OCHEA CONTRERAS</u>
## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years.  I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida.  As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that **Freddie Ochea CONTRERAS**, also known as Fredy OCHOA-CONTRERAS committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3.      On or about August 9, 2012, an individual identifying himself as Fredy OCHOA-CONTRERAS was arrested in Palm Beach County, Florida on charges of possession of cocaine and possession of marijuana less than 20 grams. He was booked and detained at the Palm Beach County Jail.  Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is, **Freddie Ochea CONTRERAS**.

4.      On or about August 10, 2012, your affiant reviewed the immigration file bearing control number A099 704 925 assigned to **Freddie Ochea CONTRERAS**. Records within this alien file assigned to **Freddie Ochea CONTRERAS** show that he is

a native and citizen of Mexico. Records further show that on or about February 16, 2007, **Freddie Ochea CONTRERAS** was ordered removed from the United States. The Order of Removal was executed on March 3, 2007, whereby **Freddie Ochea CONTRERAS** was removed from the United States to Mexico.

5.      Records further show that **Freddie Ochea CONTRERAS** was on or about July 13, 2006, in The General Court of Justice, Cabarrus County, State of North Carolina convicted of breaking and or entering, in case number 06CRS050728.

6.      Border Patrol Fingerprint Examiner Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on August 9, 2012, that is, **Freddie Ochea CONTRERAS**, was the same person previously removed from the United States on or about March 3, 2007.

7.      On or about August 15, 2012, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A099 704 925 for the alien identified as **Freddie Ochea CONTRERAS,** verifying that, after a diligent search, no record was found to exist indicating that **Freddie Ochea CONTRERAS** had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

8.      Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about August 9, 2012, **Freddie Ochea CONTRERAS,** also known as Fredy OCHOA-CONTRERAS, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of

2

Homeland Security for re-admission into the United States, in violation of Title 8, United

States Code, Section 1326(a) and (b)(1).


_____

Andy Korzen

Deportation Officer

Immigration and Customs Enforcement


Subscribed and sworn to before me
this _____ day of August, 2012.


_____

JAMES M. HOPKINS

UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. 12- *8334-JMH*


**IN RE: COMPLAINT**


_____/

## CRIMINAL COVER SHEET


1.    Did this matter originate from a matter pending in the Northern Region of the United States
      Attorney's Office prior to October 14, 2003?    _____ Yes _____ No

2.    Did this matter originate from a matter pending in the Central Region of the United States
      Attorney's Office prior to September 1, 2007?    _____ Yes _____ No

                              Respectfully submitted,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY
                              By:__*s/ A. Lothrop Morris*_____
                              LOTHROP MORRIS
                              Assistant United States Attorney
                              Florida Bar No. 0095044
                              500 Australian Avenue, Suite 400
                              West Palm Beach, FL 33401
                              (561) 820-8711